# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*  CONNER, WILLIAM C. | 2. Court or Organization  United States District Court Southern District of New York | 3. Date of Report  04/06/09 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  Senior United States District Judge | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial __X__ Annual ___ Final | 6. Reporting Period  01/01/08 to 12/31/08 |
|---|---|---|

| 7. Chambers or Office Address  United States Courthouse 300 Quarropas Street, Room 630 White Plains, New York 10601-4150 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

2009 APR 15 A 10: 45
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

Conner_William_C

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/06/09 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/06/09 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 TYCO Int'l      Common Stock | B | Div. | M | T | | | | | |
| 2 Precision Castparts      " " | A | " | M | T | | | | | |
| 3 Merichem Corp.      " " | A | " | L | U | | | | | |
| 4 N.Y. Dorm. Auth.      Bonds | B | Int. | K | T | | | | | |
| 5 N.Y. Med. Care Facil.      " | D | " | | | Sell | 3/24 | M | | |
| 6 N.Y. Trans. Fin. Auth.      " | C | " | L | T | | | | | |
| 7 N.Y. Dorm. Auth.      " | B | " | K | T | | | | | |
| 8 N.Y. Med. Care Facil.      " | D | " | M | T | | | | | |
| 9 N.Y.C. Ser. G      " | B | " | K | T | | | | | |
| 10 N.Y.C. Ser. J      " | B | " | K | T | | | | | |
| 11 N.Y. UDC Correc. Fac.      " | B | " | K | T | | | | | |
| 12 N.Y. Energy R&D      " | B | " | K | T | | | | | |
| 13 N.Y. Trans. Fin. Auth.      " | C | " | L | T | | | | | |
| 14 N.Y.C. Water Auth.      " | D | " | N | T | | | | | |
| 15 N.Y. Dorm. Auth.      " | B | " | K | T | | | | | |
| 16 N.Y.C. Trans. Fin. Auth.      " | B | " | K | T | | | | | |
| 17 N.Y. Dorm. Auth.      " | C | " | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM C. CONNER | 04/06/09 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 18 | N.Y. Dorm. Auth. Bonds | C | Int. | L | T | | | | | |
| 19 | N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 20 | N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 21 | L.I. Power Auth. " | C | " | L | T | | | | | |
| 22 | Port Authority " | C | " | L | T | | | | | |
| 23 | N.Y.C. Water Auth. " | C | " | | | Sell | 4/29 | M | | |
| 24 | N.Y.C. Water Auth. " | B | " | | | " | 4/29 | L | | |
| 25 | N.Y. Dorm. Auth. " | B | " | | | " | 4/29 | T | | |
| 26 | N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 27 | N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 28 | N.Y. Med. Care Facil. " | C | " | L | T | | | | | |
| 29 | N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 30 | N.Y. Dorm. Auth. " | D | " | N | T | | | | | |
| 31 | N.Y. Dorm. Auth. " | D | " | M | T | | | | | |
| 32 | Triboro B & T Auth. " | C | " | L | T | | | | | |
| 33 | Met. Trans. Auth. " | C | " | | | " | 4/29 | M | B | |
| 34 | Met. Trans. Auth. " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br>WILLIAM C. CONNER | Date of Report<br>04/06/09 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 Met. Trans. Auth.          Bonds | C | Int. | L | T | | | | | |
| 36 N.Y. Dorm. Auth.          " | D | " | M | T | | | | | |
| 37 N.Y. Urban Dev. Corp.          " | C | " | L | T | | | | | |
| 38 Met. Trans. Auth.          " | D | " | M | T | | | | | |
| 39 Triboro B & T Auth.          " | C | " | L | T | | | | | |
| 40 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 41 Triboro B & T Auth.          " | B | " | | | Sell | 4/29 | L | | |
| 42 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 43 N.Y. Environ. Fac.          " | C | " | L | T | | | | | |
| 44 Port Authority          " | D | " | M | T | | | | | |
| 45 N.Y. Gen. Oblig.          " | C | " | L | T | | | | | |
| 46 N.Y. Dorm. Auth.          " | C | " | L | T | | | | | |
| 47 Triboro B & T Auth.          " | D | " | M | T | | | | | |
| 48 Triboro B & T Auth.          " | D | " | M | T | | | | | |
| 49 N.Y.C. Trans. Fin. Auth.          " | D | " | M | T | | | | | |
| 50 L.I. Power Auth.          " | C | " | L | T | | | | | |
| 51 Triboro B & T Auth.          " | D | " | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 N.Y.C. Water Auth. Bonds | D | Int. | M | T | | | | | |
| 53 Triboro B & T Auth. " | D | " | M | T | | | | | |
| 54 N.Y.C. Water Auth. " | B | " | K | T | | | | | |
| 55 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 56 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 57 N.Y. Environ. Fac. " | C | " | L | T | | | | | |
| 58 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 59 Wash. & Warren Cos. " | D | " | M | T | | | | | |
| 60 L.I. Power Auth. " | C | " | | | Sell | 4/29 | M | | |
| 61 N.Y.C. Water Auth. " | D | " | M | T | | | | | |
| 62 N.Y. Dorm. Auth. " | C | " | L | T | | | | | |
| 63 Madison Co. N.Y. " | C | " | L | T | | | | | |
| 64 N.Y.C. Water Auth. " | C | " | L | T | | | | | |
| 65 Port Authority " | C | " | L | T | | | | | |
| 66 N.Y. Environ. Fac. " | D | " | M | T | | | | | |
| 67 L.I. Power Auth. " | D | " | M | T | | | | | |
| 68 N.Y. Environ. Fac. " | D | " | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| **Name of Person Reporting**<br>WILLIAM C. CONNER | **Date of Report**<br>04/06/09 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code2<br>(J-P) | (4)<br>Gain Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 69  N.Y. Environ. Fac.          Bonds | D | Int. | M | T | | | | | |
| 70  N.Y. Environ. Fac.          " | C | " | L | T | | | | | |
| 71  N.Y.C. Water Auth.          " | D | " | M | T | | | | | |
| 72  N.Y. Dorm. Auth.            " | C | " | L | T | | | | | |
| 73  N.Y.C. Water Auth.          " | C | " | L | T | | | | | |
| 74  N.Y. Dorm. Auth.            " | B | " | L | T | | | | | |
| 75  N.Y.C. Water Auth.          " | B | " | L | T | | | | | |
| 76  N.Y. Environ. Fac.          " | B | " | L | T | | | | | |
| 77  N.Y. Dorm. Auth.            " | C | " | M | T | | | | | |
| 78  Livingston Co. NY           " | B | " | L | T | | | | | |
| 79  Port Authority              " | B | " | L | T | | | | | |
| 80  N.Y. Environ. Fac.          " | B | " | L | T | | | | | |
| 81  N.Y.C. Water Auth.          " | B | " | L | T | | | | | |
| 82  Met. Trans. Auth.           " | B | " | L | T | | | | | |
| 83  Suffolk Co. NY              " | B | " | L | T | | | | | |
| 84  N.Y. Dorm Auth.             " | B | " | L | T | | | | | |
| 85  N.Y.C. Water Auth.          " | B | " | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 88 | Met. Trans. Auth. | " | B | " | L | T | | | |
| 89 | N.Y.C. Water Auth. | " | B | " | L | T | | | |
| 90 | N.Y.C. Water Auth. | " | B | " | L | T | | | |
| 91 | N.Y.C. Water Auth. | " | B | " | L | T | | | |
| 92 | N.Y.C. Water Auth. | " | C | " | M | T | | | |
| 93 | Webb, N.Y. Gen. Oblig. | " | B | " | L | T | | | |
| 94 | L.I. Power Auth. | " | B | " | L | T | | | |
| 95 | L.I. Power Auth. | " | B | " | L | T | | | |
| 96 | Hudson Yards | " | B | " | K | T | | | |
| 97 | Hudson Yards | " | B | " | L | T | | | |
| 98 | Hudson Yards | " | C | " | M | T | | | |
| 99 | Met. Trans. Auth. | " | C | " | M | T | | | |
| 100 | N.Y.C. Mun. Wtr. Fin. | " | B | " | L | T | | | |
| 101 | Hudson Yards | " | B | " | L | T | | | |
| 102 | N.Y.C. Water Auth. | " | B | " | L | T | | | |
| 103 | Windham/Ashland S.D. | " | B | " | L | T | Buy | 1/11 | L |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 104 N.Y.C. Mun. Wtr. Fin. Bonds | B | Int. | L | T | Buy | 2/7 | L | | |
| 105 N.Y. Dormitory Auth. " | C | " | M | T | " | 3/18 | M | | |
| 106 N.Y. Conven. Ctr. Devel. " | B | " | L | T | " | 5/9 | L | | |
| 107 N.Y.C. Devel. Agcy. " | C | " | M | T | " | 5/5 | M | | |
| 108 Hudson Yards " | C | " | L | T | " | 5/7 | L | | |
| 109 N.Y.C. Devel. Agcy. " | B | " | L | T | " | 5/7 | L | | |
| 110 N.Y.C. Mun. Wtr. Auth. " | C | " | M | T | " | 5/13 | M | | |
| 111 N.Y. Dormitory Auth. " | B | " | L | T | " | 5/13 | L | | |
| 112 Suffolk Co. NY " | C | " | M | T | " | 5/14 | M | | |
| 113 N.Y. Urban Devel. " | C | " | M | T | " | 5/20 | M | | |
| 114 N.Y. Dormitory Auth. " | B | " | L | T | " | 6/11 | L | | |
| 115 Hudson Yards " | B | " | M | T | " | 8/18 | M | | |
| 116 N.Y.C. Water Fin. Auth. " | A | " | L | T | " | 9/9 | L | | |
| 117 N.Y. MTA " | A | " | L | T | " | 10/30 | L | | |
| 118 N.Y.C. Gen. Oblig. " | A | " | L | T | " | 12/15 | L | | |
| 119 | | | | | | | | | |
| 120 | | | | | | | | | |
| 121 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 122 First Trust Ins. Munic.: Bonds | | | | | | | | | |
| 123 Series 19 | A | Int. | | | Redemp. | 6/20 | J | | |
| 124 Insured Munic. Inc. Trust: Bonds | | | | | | | | | |
| 125 Series 21 | A | Int. | J | T | | | | | |
| 126 Series 64 | A | " | J | T | Partial Redemp. | 5/19 7/26 | J | | |
| 127 Series 73 | A | " | J | T | | | | | |
| 128 Empire Gtd. Mun. ExTrust: Bonds | | | | | | | | | |
| 129 Series 29 | A | Int. | J | T | | | | | |
| 130 Series 36 | A | " | J | T | | | | | |
| 131 Series 41 | A | " | J | T | | | | | |
| 132 Series 98 | A | " | K | T | | | | | |
| 133 Series 100 | A | " | J | T | | | | | |
| 134 Series 112 | A | " | J | T | Partial Redemp. | 6/1 | J | | |
| 135 Series 115 | A | " | J | T | | | | | |
| 136 Series 116 | A | " | | | Redemp. | 3/7 | K | | |
| 137 Series 119 | B | " | K | T | " | 12/1 | J | | |
| 138 Series 120 | A | " | J | T | Partial Redemp. | 6/1 12/1 | J | | |
| 139 Series 122 | B | " | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 140 Series 126 | B | Int. | K | T | Partial Redemp. | 12/1 | J | | |
| 141 Series 127 | B | " | K | T | " | 12/1 | J | | |
| 142 Series 128 | A | " | J | T | " | 6/1 12/1 | J | | |
| 143 Series 129 | B | " | K | T | | | | | |
| 144 Series 130 | A | " | J | T | " | 6/1 12/1 | J | | |
| 145 Series 131 | B | " | K | T | | | | | |
| 146 Series 134 | B | " | J | T | " | 12/1 | J | | |
| 147 Series 135 | B | " | J | T | | | | | |
| 148 Series 136 | B | " | K | T | | | | | |
| 149 Series 137 | C | " | K | T | " | 8/1 | J | | |
| 150 | | | | | | | | | |
| 151 The Bank of New York | A | Int. | L | T | | | | | |
| 152 (Accounts of ███ self at Dobbs Ferry, N.Y. branch) | | | | | | | | | |
| 153 | | | | | | | | | |
| 154 Astoria Federal Savings | A | " | J | T | | | | | |
| 155 (Savings account ██████ at Hastings, N.Y. branch) | | | | | | | | | |
| 156 | | | | | | | | | |
| 157 Farm, Itasca, Texas | | | L | W | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILLIAM C. CONNER | 04/06/09 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ██████████████████████    Date _April 6, 2009_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544